

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: 3/21/2014

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Los Angeles County Superior Court
West District
Santa Monica Courthouse
1725 Main St.
Santa Monica, CA 90401

Re:  Case Number: 2:14-cv-02058-MWF (JCGx)

Previously Superior Court Case No. 14R00007

Case Name: Sycamore Investment Co. v. Jonathan Pezzola et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 3/21/2014, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
Deputy Clerk

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

----

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

Date

By:
Deputy Clerk

CV - 103 (09/08)   **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**